UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>              Plaintiff,<br><br>   v.<br><br>GARY D. LUKEHART and MARY M. LUKEHART,<br><br>             Defendant. | NO. CV-06-3049-MWL<br><br>ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE |

On January 25, 2007, Plaintiff, Ford Motor Credit Company, by and through its attorney of record, David E. Pinch, and Defendants, Gary D. Lukehart and Mary M. Lukehart, by and through their attorney of record, Brendan V. Monahan, agreed and stipulated to dismiss the above entitled matter, with prejudice, based on the settlement of the dispute. (Ct. Rec. 20).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the above entitled case is hereby dismissed in its entirety with prejudice.

The Clerk of the Court is directed to file this Order, provide a copy to counsel for Plaintiff and Defendants, and **CLOSE** the file.

DATED this __26th__ day of January, 2007.

                                        S/ Michael W. Leavitt
                                        MICHAEL W. LEAVITT
                                UNITED STATES MAGISTRATE JUDGE